IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

        Petitioner,                    No. CIV S-10-3281 EFB P

   vs.

TIM VIRGA,

                                ORDER

        Respondent.

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. The petition was referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and the petitioner's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit and he qualifies for *in forma pauperis* status. However, review of the petitions shows that it must be dismissed.

       In the petition, petitioner claims he is not receiving adequate medical care at the California Medical Facility. A federal court may only grant a petition for writ of habeas corpus if the petitioner can show that "he is in custody in violation of the Constitution . . . ." 28 U.S.C. § 2254(a). A habeas corpus petition is the mechanism by which a prisoner may challenge the

1

"legality or duration" of his confinement.  *Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991) (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973)); Advisory Committee Notes to Rule 1 of the Rules Governing § 2254 Cases.  Because petitioner's claim does not challenge his custody, it is not appropriate for a § 2254 action.  Therefore, this case should be dismissed.  *See* Rule 4, Rules Governing § 2254 Cases.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted; and
2. This action is dismissed.

Dated:  January 12, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2