IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

    Petitioner,                            No. CIV S-10-3281 EFB P

    vs.

TIM VIRGA,

    Respondent.                          ORDER

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. The petition was referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       On January 12, 2011, the court dismissed this action because petitioner's claim of not receiving adequate medical care was not appropriate for a § 2254 action. Dckt. No. 5. The Clerk of the Court duly entered judgment. Dckt. No. 6. Petitioner now seeks relief from judgment. Pursuant to Fed. R. Civ. P. 60(b):

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under rule 59(b); (3) fraud (whether previously called intrinsic or

extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

*See also* Rule 12, Rules Governing § 2254 Proceedings. Petitioner does not demonstrate he is entitled to relief from judgment.

Accordingly, petitioner's February 22, 2011 motion is denied.

Dated: March 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2